**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**WILLIAM L. BOYER, et al.**                                                      **PLAINTIFF(S)**

**VS**                                                      **CIVIL ACTION NO. 3:05CV-736-H**

**CITY OF LOUISVILLE, et al.**                                                      **DEFENDANT(S)**


**ORDER FROM  SETTLEMENT CONFERENCE**


Settlement negotiations were conducted by the undersigned on November 3, 2006.

Participating for the Plaintiffs, Christopher A. Bates and Mr. William Seiller, also present was Mr.

James Shipp, Mr. William Riggle, and Mr. William Boyer.    Participating for the Defendant-City

of Louisville, Mr. Jeffrey L. Freeman and Ms. Susan Spickard; on behalf of Christie Richardson,

Mr. Key Schoen; and on behalf of Mark A. Watson, Mr. Dennis McGlincy.

The parties have reached an agreement to all of the claims in the complaint and have agreed

that the case is settled.

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with

leave to reinstate within forty-five days if the settlement is not consummated.  Counsel may tender

a supplemental order of dismissal if they so desire.  **The final pretrial conference currently**

**scheduled in this case for January 4, 2007 is hereby remanded from the docket.**

Date: November 3, 2006




Copies to:
All Counsel